JS-6

1   JASON E. RIOS, State Bar No. 190086
    LAUREN M. KAWANO, State Bar No. 309273
2   FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
3   500 Capitol Mall, Suite 2250
    Sacramento, CA  95814
4   Telephone: (916) 329-7400
    Facsimile: (916) 329-7435
5   jrios@ffwplaw.com
    lkawano@ffwplaw.com
6
    Attorneys for Toyon Associates, Inc.
7

8                  **UNITED STATES DISTRICT COURT**

9                 **CENTRAL DISTRICT OF CALIFORNIA**

10
    In re:                              District Court
11                                      Case No. 2:20-cv-07795-DSF
    VERITY HEALTH SYSTEM OF
12  CALIFORNIA, INC., et al.,           Bankruptcy Court
                                        Case No. 2:18-bk-20151-ER
13          Debtors and Debtors in
            Possession.                 Adversary
14                                      Case No. NONE

15

16

17                      **ORDER DISMISSING APPEAL**

18         The Court, having reviewed the *Stipulation for Voluntary Dismissal of Appeal* (the

19  "Dismissal Stipulation") filed as Docket No. 7, and good cause appearing therefor,

20         IT IS HEREBY ORDERED as follows:

21         1.     The Dismissal Stipulation is approved.

22         2.     The appeal is dismissed with prejudice, with each party to bear its own fees and

23  costs on appeal.

24         IT IS SO ORDERED.

25   DATED:  September 18, 2020

26                                      _____
                                        Honorable Dale S. Fischer
27                                      UNITED STATES DISTRICT JUDGE

28
     CC: US BANKRUPTCY COURT

                                    1